Dear Court Clerk, 8-6-13
Every attempt at preventing me from obtaining attorney, to include stealing my mail, hanging up phone, assaults to testicles, up rectum with laser, keeping me incarcerated, to prevent me from suing.
Please send me copy to prove it is filed. Cops are trying to kill me. David Aggeo, Carrie, James & Melanie Hall, Sonoma County cop, Marilyn, Richard,

**Inmate Signature:** Corryann Walton, all   **Date:** Kidnapped
**Receiving Staff Signature:** me and drugged me,   **Date:** like

3. **RESPONSE:** Elijah Lockhart. Please assign appropriate civil rights lawsuit number, please. I'm at:

Thomas D. Walton, 10085230
MADF
2777 Ventura Ave
Santa Rosa, CA 95403

**Friends Outside Signature:**   Thank you!   **Date:**

DD 505 (Rev.05/11)   Blue Copy - File, Yellow Copy - Answer, Pink Copy - Inmate

Thomas D. Walt

JS 44 (Rev. 12/12) cand rev (1/15/13)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Thomas David Waiton

**(b)** County of Residence of First Listed Plaintiff: SONOMA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
IN PRO SE (every attempt stifled)

## DEFENDANTS
STATE OF CALIF
CITY OF ROHNERT PARK
COUNTY OF SONOMA
C.H.P.
CITY ROHNERT PARK

County of Residence of First Listed Defendant:
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
JAMES, DAVID AG610
MELANIE, OFFICER B
CHRIS, MELISSA, DOES 1-20

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | | ☐ 462 Naturalization Application | | |
| | ☒ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | | | |
| | / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 42 USC 1983
Brief description of cause: I WAS KIDNAPPED, DRUGGED AGAINST WILL

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 20 MILLION
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 8-5-2013
SIGNATURE OF ATTORNEY OF RECORD: Thomas D. Waiton PRO SE

## IX. DIVISIONAL ASSIGNMENT (Civil L.R. 3-2)
*(Place an "X" in One Box Only)*
☒ SAN FRANCISCO/OAKLAND   ☐ SAN JOSE   ☐ EUREKA

SONOMA COUNTY DETENTION DIVISION
## INMATE REQUEST FORM

1. Inmate Name *(Enter full name)*  2. D.O.B.  3. Housing Unit  4. Booking #

Last: WAITON, First: Tom, M.I.: D    3-19-60    FA-4    10085230

5. PLEASE SEND THIS REQUEST TO THE FOLLOWING OFFICER/DEPARTMENT:

- [ ] Program Officer
- [ ] District Attorney
- [ ] Probation
- [ ] Public Defender
- [ ] Mental Health
- [x] Other
- [ ] Friend's Outside
- [ ] Classification

6. NAME OF INDIVIDUAL TO CONTACT: Records

7. I WOULD LIKE TO DISCUSS A COMPLAINT. [ ]  *(Explain in Comments/Request section below)*

8. I WOULD LIKE INFORMATION. [ ]  *(Print in Comments/Request section below)*

COMMENTS/REQUEST: ① I have a finger print card required by D.O.J. for my request for "RAP", D.O.J. Arrest record. I need somebody to please take my finger prints so I can return it. ② Also, I have legal copies needed. I need them for court actions. ③ Finally, I need four (4) signed TRUST Acct balances/transactions for incarceration.

9. INMATE SIGNATURE: Tom W    DATE: 7-18-2013

10. RECEIVING STAFF SIGNATURE: [signature]    DATE: 7-18-13

### 11. RESPONSE TO INMATE

- [ ] YOUR REQUEST CANNOT BE ACTED ON AT THIS TIME. *(See Explanation/Answer below)*
- [ ] EXPLANATION/ANSWER: ① Providing fingerprint cards is a service that is provided at the Sheriff's main office for a fee. We do not provide hard copy fingerprint cards in jail nor do we keep cards in stock. ② I do not understand what you are asking for. ③ We do not sign nor certify your cash reports. You have already been provided with 4 copies on 7/9/13.

12. RESPONDING STAFF SIGNATURE: [signature]    DATE: 8/1/13

DD 537 (Rev.9/02) Side 1    Pink Copy - Inmate, White Copy - D File, Yellow Copy - Answer

5. PLEASE SEND THIS REQUEST TO THE Detention Division.

6. NAME OF INDIVIDUAL TO CONTACT. **D.E.A.**

7. I WOULD LIKE TO DISCUSS A ~~_____~~ ISSUE. ☒ *(Explain in Comments/Request section below)*

8. I WOULD LIKE INFORMATION. ☒ *(Explain in Comments/Request section below)*

9. IS THIS AN URGENT/ EMERGENCY REQUEST? IF SO, INFORM STAFF IMMEDIATELY. YES ☒ NO ☐

COMMENTS/REQUEST: From: THOMAS D. WAITON 7-30-2013 Dear Agency: I Need to make A report About the KIDNAP, DRUGGING AND HOSTAGE TAKING OF ME. I wrote you on the First week OF MAY, BUT The JAIL has been stealing my mail. The Kidnap involves police and parole Agents. It involves persons WHO Have BEEN CULTIVATING AND selling MARIJUANA FOR OVER 35 YEARS, AND THEY TRIED TO HAVE ME KILLED BY RUNNING ME

9. INMATE SIGNATURE: OVER (C.H.P. 1206039 $ DATE: 1208039) by

10. RECEIVING STAFF SIGNATURE/ ID #: SMASHING MY HEAD DATE: WITH A 2X4

**11. RESPONSE TO INMATE**

EXPLANATION/ANSWER: SANTA ROSA (SAC. Crime Victim #10229/ SRPD# 120009600, SAN FRANS HATe crime, kicking my teeth out. I believe C.H.P. RICHIE MATA had something to do with it. I'm in Sonoma County JAIL, AND Persons Are Watching very closely The comings AND goings. THEY TRIED TO Illegally Deem me INCompetent, TAmpering with Dist. Atty JILL RAVITCH, WHO TAmpered WITH JUDGE K. GNOSS, S. AVERILL AND Lawrence Ornell. You Need TO TRUST me, Pose As A LAWYER, I HAVE ALL PROOF WITH ME! I

12. RESPONDING STAFF SIGNATURE: _____ DATE: _____

DD 930 (Rev.10/12)   Blue Copy - MH STAFF, Yellow Copy - Answer, Pink Copy - Inmate Receipt

Know SAN FRAN F.B.I. IS INVOLVED, AS Well! Please VISIT, I WILL explain IN PERSON. COURAGE!



*Still Friendly After All These Years!*

**City Council**

Pam Stafford
*Mayor*

Joseph T. Callinan
*Vice Mayor*

Amy O. Ahanotu
Gina Belforte
Jake Mackenzie
*Council Members*

Gabriel A. Gonzalez
*City Manager*

Darrin W. Jenkins
*Assistant City Manager*

Michelle Marchetta Kenyon
*City Attorney*

Alexandra M. Barnhill
*Assistant City Attorney*

JoAnne Buergler
*City Clerk*

Brian Masterson
*Director of Public Safety*

John McArthur
*Director of Public Works and Community Services*

Cathy Orme
*Finance Director*

Marilyn Ponton
*Development Services Manager*

June 27, 2013

Thomas David Walton
MADF
2777 Ventura Avenue  FA-3
Santa Rosa, CA 95403-2226

Re:  Claim against the City of Rohnert Park

Dear Mr. Walton,

I am enclosing a *Notice of Action on Claim* from the City of Rohnert Park rejecting the above recently filed claim as required by law. Rejection or denial of this claim amounts to a legal decision that the claim, at this time, will not be paid by the City of Rohnert Park, in whole or in part.

Since the City of Rohnert Park is self-insured and belongs to a governmental risk-sharing pool, the claim and the rejection notice have been forwarded to the Redwood Empire Municipal Insurance Fund (REMIF), the pool's administrator, for further investigation.

Sincerely,

Gabriel A. Gonzalez
City Manager

GG/bl

Enclosures

cc:     Mark Ferguson, General Manager, REMIF
        Michelle Kenyon, City Attorney
        Brian Masterson, Director Public Safety
        Claim File No. 2013-10

130 Avram Avenue • Rohnert Park CA • 94928 • (707) 588-2226 • Fax (707) 792-1876
www.rpcity.org

## NOTICE OF ACTION ON CLAIM

**NOTICE IS HEREBY GIVEN** that the Claim you presented to the City of Rohnert Park on June 4, 2013 was:

(X) Rejected
( ) Rejected due to late filing
( ) Allowed
( ) Allowed in the amount of $ _____ and rejected as to the balance
( ) Rejected by operation of the law

by the Rohnert Park City Council, the City's governing board, at its regular meeting on June 25, 2013.

## WARNING

Subject to certain exceptions, you will have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a State Court action on this claim [see State of California Government Code §945.6]. Your time for filing an action in Federal Court may be less than six (6) months.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Please also be advised that, pursuant to Sections 128.5 and 1038 of the California Code of Civil Procedure, the City of Rohnert Park will seek to recover all costs of defense in the event an action is filed in the matter and it is determined that the action was not brought in good faith and with reasonable cause.

cc: Mark Ferguson, General Manager, REMIF
    Michelle Kenyon, City Attorney
    Brian Masterson, Director Public Safety

Claim File No. 2013-10

RESOLUTION NO. 2013-094

## A RESOLUTION OF THE CITY COUNCIL OF THE CITY OF ROHNERT PARK
## REJECTING THE CLAIM OF
## Thomas David Walton

**BE IT RESOLVED** by the City Council of the City of Rohnert Park that that Claim for alleged damages dated June 3, 2013 and received June 4, 2013 is hereby rejected.

**DULY AND REGULARLY ADOPTED** this 25th day of June, 2013.

ATTEST:

_____
City Clerk

CITY OF ROHNERT PARK

_____
Pam Stafford, Mayor

Claim No. 2013-10

AHANOTU: AYE   BELFORTE: AYE   MACKENZIE: AYE   CALLINAN: AYE   STAFFORD: AYE
AYES: ( 5 )   NOES: ( 0 )   ABSENT: ( 0 )   ABSTAIN: ( 0 )

**If amount claimed totals less than $10,000**: The amount claimed, if it totals less than ten-thousand dollars ($10,000) as of the date of presentation of the claim, including the estimated amount of any prospective injury, damage, or loss, insofar as it may be known at the time of the presentation of the claim, together with the basis of computation of the amount claimed.

6. Amount Claimed and basis for computation: _____

**If amount claimed exceeds $10,000**: if the amount claimed exceeds ten thousand dollars ($10,000), no dollar amount shall be included in the claim. However, it shall indicate whether the claim would be a limited civil case. A limited civil case is one where the recovery sought, exclusive of attorney fees, interest, and court costs, does not exceed $25,000. An unlimited civil case is one in which the recovery sought is more than $25,000. (See CCP § 86.)

☐ Limited Civil Case          ☒ Unlimited Civil Case

You are required to provide the information requested above, plus your signature on page 3 of this form in order to comply with Government Code § 910. In addition, in order to conduct a timely investigation and possible resolution of your claim, the City requests that you answer the following questions:

7. Claimant(s) Date(s) of Birth: **3-19-1960**

8. Name, address, and telephone number of any witnesses to the occurrence or transaction which gave rise to the claim asserted: **CARRIE (SRPD ADMIN ASSIST) CHRISTINA, MELANIE & JAMES HALL, DAVID AGGIO, JEFF BIGLEY, RICHARD & CORRY ANN WAITON, CHP RICHIE MATH, BRIAN WOOD MARILYN WAITON**

9. If the claim involves medical treatment for a claimed injury, please provide the name, address, and telephone number of any doctors or hospitals providing treatment: **ST. FRANCIS HOSPITAL - SAN FRAN; PSYCH EMERG SRVC'S 3322 CHANATE ROAD Ambulance - see PICCINNINI FIREMAN JOE**

*If applicable, please attach any medical bills or reports or similar documents supporting your claim.*

10. If the claim relates to an automobile accident:     Telephone: _____
    Claimant(s) Auto Insurance Company ____ N/A ____
    Address: _____
    Insurance Policy Number: _____
    Insurance Broker/Agent: _____
    Telephone Number: _____
    Address: _____

    Claimant's Vehicle License Number: _____
    Vehicle Make/Year: _____        Expiration: _____
    Claimant's Drivers License Number: _____
    *If applicable, please attach any repair bills, estimates, or similar documents supporting your claim.*

Page 2 of 3

# SONOMA COUNTY DETENTION DIVISION
## INMATE REQUEST FORM

**1. Inmate Name** (Enter full name): Last: WAITON, First: Tom, M.I. D
**2. D.O.B.**: 3-19-60
**3. Housing Unit**:
**4. Booking #**: 1085230

**5. PLEASE SEND THIS REQUEST TO THE FOLLOWING OFFICER/DEPARTMENT:**

- [ ] Program Officer
- [ ] District Attorney
- [ ] Probation
- [x] Public Defender
- [ ] Mental Health
- [ ] Other: Public Def.
- [ ] Friend's Outside
- [ ] Classification

**6. NAME OF INDIVIDUAL TO CONTACT:** R. ELLIOTT

**7. I WOULD LIKE TO DISCUSS A COMPLAINT.** [ ] (Explain in Comments/Request section below)

**8. I WOULD LIKE INFORMATION.** [ ] (Print in Comments/Request section below)

**COMMENTS/REQUEST:** Hi. Would you please send me a copy of Apostle report (and Ranish, if there is one). Also, please send copy of those pages to police report we discussed. Please pay me a visit. I need to discuss what happened in court.

**9. INMATE SIGNATURE:** Tom Wait   **DATE:** 5/10/2013
**10. RECEIVING STAFF SIGNATURE:** ___   **DATE:** 5/10/2013

### 11. RESPONSE TO INMATE

- [ ] YOUR REQUEST CANNOT BE ACTED ON AT THIS TIME. (See Explanation/Answer below)
- [x] EXPLANATION/ANSWER: Enclosed are the pages from the police report we talked about. I'm not including Dr. Apostle's report at this time, because it contains sensitive and confidential information and it's my duty to ensure that information stays confidential to protect you. I will happily go over the report with you when I visit, but I don't want it floating around the jail.

Also I have ordered the surveillance video from the jail and I will let you know when we receive it.

**12. RESPONDING STAFF SIGNATURE:** R Elliott   **DATE:** 9/15/13

DD 537 (Rev.9/02) Side 1    Pink Copy - Inmate, White Copy - D File, Yellow Copy - Answer

SONOMA COUNTY DETENTION DIVISION
# INMATE REQUEST FORM

| 1. Inmate Name *(Enter full name)* | 2. D.O.B. | 3. Housing Unit | 4. Booking # |
|---|---|---|---|
| Last: WAITON, First: TOM M.I. | 3-19-60 | FA-4 | 10085230 |

**5. PLEASE SEND THIS REQUEST TO THE FOLLOWING OFFICER/DEPARTMENT:**

- [ ] Program Officer
- [ ] District Attorney
- [ ] Probation
- [ ] Public Defender
- [ ] Mental Health
- [x] Other: Records
- [ ] Friend's Outside
- [ ] Classification

**6. NAME OF INDIVIDUAL TO CONTACT:** PENNINGTON

**7. I WOULD LIKE TO DISCUSS A COMPLAINT.** [ ] *(Explain in Comments/Request section below)*

**8. I WOULD LIKE INFORMATION.** [ ] *(Print in Comments/Request section below)*

**COMMENTS/REQUEST:** I understand you took over for Karen Stiney. I have submitted TWO (2) requests for TRUST ACCT balance AND NEVER received either back. I need A "certified" copy (with signature) of MY TRUST ACCOUNT balance AND FOUR (4) copies of it. Please provide me with that as soon as possible. D60 JOHNSON assisted once, but that was 2 months ago.

**9. INMATE SIGNATURE:** [signature]  **DATE:** 7-3-2013

**10. RECEIVING STAFF SIGNATURE:** [signature] 1811  **DATE:** 7-3-13

## 11. RESPONSE TO INMATE

- [ ] YOUR REQUEST CANNOT BE ACTED ON AT THIS TIME. *(See Explanation/Answer below)*
- [x] EXPLANATION/ANSWER: I am not a person you have contacted or took over for Karen Stiny. You can contact Freindo outside to get copies/certified copies of your account. 972-0903

**12. RESPONDING STAFF SIGNATURE:** Pennington  **DATE:** 7/6/13

DD 537 (Rev.9/02) Side 1.    Pink Copy - Inmate, White Copy - D File, Yellow Copy - Answer

# INMATE GRIEVANCE FORM

Sonoma County Adult Detention Division

| INMATE'S NAME / BOOKING NUMBER | HOUSING UNIT | GRIEVANCE NUMBER |
|---|---|---|
| WAITON, TOM | MH-15 | |

**Carefully Read All Instructions On The Back Of This Form Before Filing Your Grievance**

**STEP I** Clearly and neatly print your Grievance, Date and Location of Incident, and your Requested Solution. You are allowed to attach additional pages to further explain your grievance.

**GRIEVANCE:** On Two (2) Seperate occassions, I have submitted A Form that must be completed by Records, Ms. PENNINGTON. I have time constraints, And she knows it, As I've written her Four (4) times. The result is the same As my Law Library materials: ZERO! NOTHING! Dep. JOHNSON (D.G.O.) had to help me once before, And Dep. STAMPEK insists he sent my TRUST Acct (page 5) to her.

Date and Location of Incident: MH-15  6-12-2013  1930 HRS

Requested Solution: I Need the Form Filled OUT, SIGNED And Returned with (3) three copies.

Inmate's Signature: Thom J. Waiton                 Date: 6-12-2013
Receiving Deputy's Signature/ID#: P/V miller @ 11:00 PM   Date: 6-12-2013
Deputy's Response:

Never returned.

Responding Deputy's Signature/ID#: _____          Date: _____

**STEP II** If you do not agree with the Deputy's Response, sign below, with today's date, and send this form to the Supervising Sergeant for a review of the Deputy's decision.

Inmate's Signature: _____                    Date: _____
Sergeant's Response:    SEE ATTACHED MEMORANDUM     Date: _____

**STEP III** If you do not agree with the Sergeant's response sign below, with today's date and send this form to the Disciplinary/Grievance Officer (DGO).

Inmate's Signature: _____                    Date: _____
Response From DGO:    SEE ATTACHED MEMORANDUM       Date: _____