1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11
12    THOMAS D. WAITON,                    Case No.: C 13-3759 JSC (PR)

13              Plaintiff,                 **ORDER OF DISMISSAL**

14         v.

15
16    CITY OF ROHNERT PARK, et al.,

17              Defendants.

18
19         On August 13, 2013, Plaintiff, a California prisoner, filed this civil rights action under

20    42 U.S.C. § 1983.[1]  On the same day, the Clerk notified Plaintiff that he had neither paid the

21    filing fee nor completed an application to proceed in forma pauperis ("IFP").  Specifically, the

22    notice informed him that his IFP application was incomplete because he did not include a

23    certificate of funds form completed and signed by a prison official.  The Clerk mailed to

24    Plaintiff the Court's IFP form along with the deficiency notice, as well as a stamped return

25    envelope and instructions for completing the IFP form.  The instructions informed him that he

26    must submit a certificate of funds form completed and signed by a prison official.  The notice

27
28    ───────────────────────
      [1] Plaintiff has consented to the jurisdiction of a United States Magistrate Judge pursuant to 28
      U.S.C. § 636(c).  (Dkt. No. 3.)

further informed him that the case would be dismissed if he did not either pay the filing fee or file a completed IFP application within thirty days.  No response from Plaintiff has been received, and more than thirty days have passed.  Accordingly, this case is DISMISSED without prejudice to filing the complaint in a new action in which Plaintiff either pays the filing fee or submits a complete IFP application, including the required certificate of funds form.

The incomplete IFP application (dkt. no. 2) is DENIED and no fee is due.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: September 23, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28