IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS D. WAITON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF ROHNERT PARK, et al.,<br><br>　　　　　Defendants. | Case No.: C 13-3759 JSC (PR)<br><br>**ORDER OF DISMISSAL** |

On August 13, 2013, Plaintiff, a California prisoner, filed this civil rights action under 42 U.S.C. § 1983.[1]  On the same day, the Clerk notified Plaintiff that he had neither paid the filing fee nor completed an application to proceed in forma pauperis ("IFP").  Specifically, the notice informed him that his IFP application was incomplete because he did not include a certificate of funds form completed and signed by a prison official.  The Clerk mailed to Plaintiff the Court's IFP form along with the deficiency notice, as well as a stamped return envelope and instructions for completing the IFP form.  The instructions informed him that he must submit a certificate of funds form completed and signed by a prison official.  The notice

---

[1] Plaintiff has consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  (Dkt. No. 3.)

further informed him that the case would be dismissed if he did not either pay the filing fee or file a completed IFP application within thirty days.  No response from Plaintiff has been received, and more than thirty days have passed.  Accordingly, this case is DISMISSED without prejudice to filing the complaint in a new action in which Plaintiff either pays the filing fee or submits a complete IFP application, including the required certificate of funds form.

The incomplete IFP application (dkt. no. 2) is DENIED and no fee is due.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: September 23, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE